UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 23-20016-BKC-CLC

IN RE:
ANGELA MINOR CAREY,
                DEBTOR(S).
_____/

## TRUSTEE'S NOTICE OF NON-COMPLIANCE

Nancy K. Neidich, Standing Chapter 13 Trustee, files this Notice of Non-Compliance and states as follows:

1.    At the Confirmation Hearing held on March 26, 2024, the debtor(s) agreed to become current with $1,640.90 by five o'clock in the afternoon.

2.    As of April 2, 2024, the debtor(s) has failed to comply with this agreement as the last payment received by the Trustee was on January 24, 2024, in the amount of $820.45.

3.    Accordingly, the Trustee is requesting entry of an Order Dismissing the Chapter 13 Case.

I hereby certify that a true and correct copy of the foregoing was mailed by postage prepaid mail to the following on April 2, 2024.


                              /s_____
                              NANCY K. NEIDICH, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              P.O. BOX 279806
                              MIRAMAR, FL 33027
                              (954) 443-4402


COPIES FURNISHED TO:

Angela Minor Carey
PO Box 551970
Opa Locka, FL 33055

JAMES ALAN POE, ESQ (ECF)